1  Zachary T. Ball, Esq.
   Nevada Bar No. 8364
2  FIDELITY NATIONAL LAW GROUP
   3980 Howard Hughes Parkway, Suite 230
3  Las Vegas, Nevada 89169
   Telephone:  (702) 667-3000
4  Facsimile:  (702) 697-2020
   Email:  fnlg.nevada@fnf.com
5  Attorneys for *Chicago Title Agency of
   Nevada, Inc.*

6

7

8                    **UNITED STATES DISTRICT COURT**

9                         **DISTRICT OF NEVADA**

10 DAVE WRZESINSKI; CHERYL A. WRZESINSKI  )   Case No. 2:10-cv-01052-GMN-RJJ
                                          )
11                                        )   Dept. No
                         Plaintiffs,      )
12          vs.                           )
                                          )
13 HOME FINANCE OF AMERICA; MORTGAGE      )
   ELECTRONIC REGISTRATION SYSTEM, INC;   )
14 UNITED TITLE OF NEVADA; CITIMORTGAGE,  )
   INC.; CAL-WESTERN RECONVEYANCE         )
15 CORPORATION; DOE(s),                   )
                                          )
16                       Defendants.      )
   _____)

17

18              **<u>SUBSTITUTION OF ATTORNEYS</u>**

19        Zachary T. Ball, Esq, of FIDELITY NATIONAL LAW GROUP is hereby substituted as

20 attorneys for Defendant *Chicago Title Agency of Nevada, Inc.*  in the above-entitled action, in

21 place and stead of Ronald L. Warren, Esq., of FIDELITY NATIONAL LAW GROUP,

22                              *Chicago Title Agency of
                                Nevada, Inc.*
23

24
          DATED: <u>1-25-2011</u>          <u>/s/ Kathryn Wonders</u>
25
                                           By: <u>  Kathryn Wonders          </u>
26
                                           Its: <u> Vice President            </u>
27

28

**Fidelity National
Law Group**
3980 H. Hughes Pkwy, #230
Las Vegas, Nevada 89169
(702) 667-3000

Page 1 of 3

1    Ronald L. Warren, Esq. of FIDELITY NATIONAL LAW GROUP hereby consents to the

2   above and foregoing substitution of Zachary T. Ball, Esq., of FIDELITY NATIONAL LAW

3   GROUP in its place and stead as attorney of record for Defendants *Chicago Title Agency of*

4   *Nevada, Inc.*  in the above-entitled action.

5                                                    FIDELITY NATIONAL LAW GROUP

6
        DATED: 1-25-2011
7                                                    Ronald L. Warren, Esq.

8                                                    Nevada Bar No. 2857
                                                     3980 Howard Hughes Parkway, Suite 230
9                                                    Las Vegas, Nevada 89169

10    Zachary T. Ball, Esq., of FIDELITY NATIONAL LAW GROUP hereby accepts and

11   consents to its substitution as attorneys of record for Defendants *Chicago Title Agency of*

12   *Nevada, Inc.* in its place and stead as attorney of record for Ronald L. Warren, Esq. of FIDELITY

13   NATIONAL LAW GROUP in the above-entitled action.

14                                                   FIDELITY NATIONAL LAW GROUP

15
        DATED: 1-25-2011                             /s/ Zachary T. Ball
16                                                   Zachary T. Ball, Esq., Bar No. 8364
                                                     Nik Skrinjaric, Esq., Bar No. 3605
17                                                   3980 Howard Hughes Parkway, Suite 230
                                                     Las Vegas, Nevada 89169
18                                                   Attorneys for *Chicago Title Agency of*
                                                     *Nevada, Inc.*
19

20                                                   **IT IS SO ORDERED.**

21

22

23                                                   **GEORGE FOLEY, JR**
                                                     **United States Magistrate Judge**
24
                                                     **DATED:   January 26, 2011**
25

26

27

28

**Fidelity National
Law Group**
3980 H. Hughes Pkwy, #230
Las Vegas, Nevada 89169
(702) 667-3000

Page 2 of 3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

The undersigned employee of Fidelity National Law Group hereby certifies that she

served a copy of the foregoing **SUBSTITUTION OF ATTORNEYS** upon the following parties

on the date below entered (unless otherwise noted), at the fax numbers and/or addresses

indicated below by: [  ] (i) placing said copy in an envelope, first class postage prepaid, in the

United States Mail at Las Vegas, Nevada, [  ] (ii) via facsimile, [  ] (iii) via courier/hand

delivery, [  ] (iv) via overnight mail, and/or [  ] (v) via electronic delivery (email).

Dave and Cheryl A. Wrzesinski
5104 Red Glory Drive
Las Vegas, Nevada  89130
Plaintiffs *in Pro Se*

Mark S. Cwik, Esq.
Adam J. Pernsteiner, Esq.
Lewis Brisbois Bisgaaard & Smith LLP
6385 S. Rainbow Blvd., Ste 600
Las Vegas, Nevada  89118
Attorneys for *Defendant Citimortgage, Inc.*

DATED 1-25-2011

An employee of Fidelity National Law Group

////

////

////

////

////

////

////

////

////

////

////

////

////

////

**Fidelity National
Law Group**
3980 H. Hughes Pkwy, #230
Las Vegas, Nevada 89169
(702) 667-3000

Page 3 of 3