# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVE WRZESINSKI & <br> CHERYL A. WRZESINSKI, <br><br> Plaintiffs, <br><br> vs. <br><br> HOME FINANCE OF AMERICA, *et al.*, <br><br> Defendants. | Case No.  2:10-cv-01052-GMN-GWF <br><br> **ORDER** <br><br> Motion to Stay (#49) |

This matter is before the Court on Defendant Citimortgage, Inc.'s Motion to Stay Disclosure and Meeting Requirements Under Fed.R.Civ.P. 26, as well as Discovery While Motion to Dismiss Amended Complaint is Pending (#49), filed February 14, 2011.  On March 11, 2011, the Court granted Defendant's Motion for Protective Order (#48) and stayed the action pending the Court's decision on Defendant's Motion to Dismiss.  (#50).  Accordingly,

**IT IS HEREBY ORDERED** that Defendant Citimortgage, Inc.'s Motion to Stay Disclosure and Meeting Requirements Under Fed.R.Civ.P. 26, as well as Discovery While Motion to Dismiss Amended Complaint is Pending (#49) is **denied** as moot.  This action is stayed pending the Court's decision on Defendant's Motion to Dismiss (#39).

DATED this 11th day of May, 2011.

_____
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**